MARY B. HARTSHORNE, Respondent, v. HAROLD HARTSHORNE, Appellant.— Order unanimously modified by reducing the alimony to $1,000 a month and the counsel fee to $3,500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANGELO CARUSO, JR., Suing for Himself and All Other Stockholders of THE NATIONAL CITY BANK OF NEW YORK in Like Situation as Himself Who Shall Choose to Make Themselves Parties to This Action and Contribute to the Expense Thereof, Respondent, LOUIS LEVINE, Intervenor, Respondent, v. SOSTHENES BEHN and Others, Defendants, Impleaded with CURTIS E. CALDER and Others, Appellants.— Order unanimously modified by granting the motion for a stay pending the determination of said appeal in O'Connor v. Bankers Trust Company [159 Misc. 920; 253 App. Div. 714], without prejudice to a motion to vacate said stay if the said appeal is not prosecuted with due diligence, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 726.]

ANGELO CARUSO, JR., Suing for Himself and All Other Stockholders of THE NATIONAL CITY BANK OF NEW YORK in Like Situation as Himself Who Shall Choose to Make Themselves Parties to This Action and Contribute to the Expense Thereof, Plaintiff, Respondent, Appellant, LOUIS LEVINE, Intervenor, Respondent, Appellant, v. SOSTHENES BEHN and Others, Defendants, Impleaded with CURTIS E. CALDER and Others, Defendants, Appellants, Respondents.— Order unanimously affirmed, without costs, with leave to the plaintiff to renew the motion as to items 6, 7 and 8 when the stay granted by the order of this court entered herewith expires. [See ante, p. 726.] No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE RUBEROID Co. for an Order Directing that the Arbitration Provided for the Certain Contract in Writing Entered into between Petitioner and R. GRIEFF, Doing Business as "STANDARD BAG AND BURLAP COMPANY" on the 3rd Day of December, 1936, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law. THE RUBEROID Co., Petitioner, Appellant; R. GRIEFF, Doing Business, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. It appears affirmatively that the matter was not submitted to arbitration within thirty days after the mailing of the receiving report by the buyer to the shipper as required by the arbitration agreement. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of LOUIS GORMAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of LOUIS W. DINKELSPIEL, an Attorney.— Motion for reinstatement granted. [See 245 App. Div. 479.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARRIE JACKSON, Respondent, v. LEVEL TRANSPORTATION CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.